**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Smith & Wesson Corp., | No. CV-13-8075-PCT-SMM |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| Plinker Arms, LLC, | |
| Defendant. | |

Pending before the Court is the parties' Stipulation for Entry of Order of Dismissal With Prejudice. (Doc. 19.) This action has been resolved through a settlement and patent license agreement between the parties. (Id.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees except as otherwise provided for in the settlement agreement.

**IT IS FURTHER ORDERED VACATING** the status hearing set for **Tuesday, December 10, 2013 at 2:00 p.m.**

DATED this 15th day of November, 2013.

*[signature]*
Stephen M. McNamee
Senior United States District Judge